UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   5:20-cv-01373-JGB- (SHKx)                                    Date: April 4, 2023

Title:   **United States of America v. Advanced Dermatology and Skin Cancer Specialists, P.C., et al.**

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | CourtSmart Rm. 146 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):
Mike Bothwell

Attorneys Present for Defendant(s):
Mark Kearney
Andrew VanEgmond
Jonathan Feld

**Proceedings:**   ORDER RE:  INFORMAL DISCOVERY DISPUTE

    The Court held a video conference regarding discovery dispute related to discovery propounded by the Relator Randy Jacobs ("Relator") on Defendants.  Attorney Mike Bothwell appeared on behalf of Relator Randy Jacobs.  Attorneys Mark Kearney, Andrews VanEgmond and Jonathan Feld appeared on behalf of Defendants.  As discussed on the record, the parties are to further meet and confer to discuss the affirmative defenses at issue and the related discovery.  Defense Counsel will review Rule 11 to determine whether they will continue to maintain or choose to modify the currently asserted affirmative defenses.  The Court sets a further status conference for April 18, 2023, at 10:00 a.m. (PST). If the parties determine that the issue has been resolved, then the parties are to contact the Court to take the hearing off calendar.  With respect to interrogatories as to Defendant Christopher Clem, Defense counsel has agreed to provide supplemental responses.

**IT IS SO ORDERED**

:40

**Initials of Preparer**   DC