UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:20-cv-01373-JGB- (SHKx)            Date: April 18, 2023

Title: ***United States of America v. Advanced Dermatology and Skin Cancer Specialists, P.C., et al.***

---

Present: The Honorable: Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | CourtSmart Rm. 146 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Mike Bothwell | Mark Kearney |
| | Andrew VanEgmond |
| | Clay Cosse |

**Proceedings:**     ORDER RE: CONTINUED INFORMAL DISCOVERY DISPUTE

      The Court held a video conference regarding discovery dispute as previously scheduled related to discovery propounded by the Relator Randy Jacobs ("Relator") on Defendants. Attorney Mike Bothwell appeared on behalf of Relator Randy Jacobs and attorneys Mark Kearney, Andrews VanEgmond and Clay Cosse appeared on behalf of Defendants. As indicated on the record, the response provided to the Relator's discovery are the responses to which the Defendants' are currently bound as required under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**

                                                                                                                         :26

**Initials of Preparer**    DC