1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA ex rel. RANDY JACOBS and STATE OF CALIFORNIA ex rel. RANDY JACOBS,<br><br>Relator,<br><br>v.<br><br>ADVANCED DERMATOLOGY & SKIN CANCER SPECIALISTS, P.C., DR. JESSE MITCHELL, and CHRISTOPHER CLEM,<br><br>Defendants. | Case No.: 5:20-cv-01373-JGB-SHK<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED]** ORDER GRANTING JOINT STIPULATION FOR AN ORDER TO SHOW CAUSE WHY CYRUS QUEROL SHOULD NOT BE HELD IN CONTEMPT<br><br>**NOTE CHANGES MADE BY THE COURT**<br><br>Hearing Date: September 12, 2023<br>Time: 11:00 AM<br>Location: Courtroom 3 or 4<br>Judge: Hon. Shashi H. Kewalramani<br><br>Complaint filed: July 9, 2020<br>Trial Date:         August 20, 2024 |

(Note: "[PROPOSED]" is shown with strikethrough.)

Having considered the parties' request for an Order to Show Cause Why Cyrus Querol Should Not Be Held in Contempt, the request is hereby GRANTED.

Cyrus Querol is ORDERED to physically appear before the undersigned on **September 12, 2023, at 11:00 a.m.** in Courtroom 3, Third Floor of the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Riverside, CA 92501, to show cause why he should not be held in contempt for his failure to comply with the subpoena and appear for his deposition on July 21, 2023.

~~It is further ORDERED that the United States Marshals Service is hereby directed to personally serve a copy of this Order and Order to Show Cause on Cyrus Querol at 33100 Canopy Lane, Lake Elsinore, California 92532-2557 or other address where he may be located as soon as is practicable. The United States Marshals Service shall promptly file a return of service upon the service of this Order and Order to Show Cause~~.

Service is to be conducted by the parties' own process server to serve a copy of this Order and the Order to Show Cause on Cyrus Querol.

**IT IS SO ORDERED.**

Dated:  08/24/2023                                    _____
                                                                         Hon. Shashi H. Kewalramani
                                                                         Magistrate Judge