Wilmer J. Harris, SBN 150407
wharris@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

*Attorneys for Relator*
[Additional Counsel on following page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RANDY JACOBS, and STATE OF CALIFORNIA ex rel. RANDY JACOBS<br><br>        Relator,<br><br>        v.<br><br>ADVANCED DERMATOLOGY & SKIN CANCER SPECIALISTS, P.C., DR. ANDREA AVERY in her capacity as the administrator of the ESTATE OF DR. JESSE MITCHELL, SOCAL HEALTH MANAGEMENT SERVICES, INC. (CA), SOCAL HEALTH MANAGEMENT SERVICES, INC. (NV), PREMIER URGENT CARE CENTERS OF CALIFORNIA, PC, and CHRISTOPHER CLEM,<br><br>        Defendants. | Case No.: 5:20-cv-01373-JGB-SHK<br><br>Hon. Jesus G. Bernal<br><br>**MODIFIED CONSENT JUDGEMENT** |

**BOTHWELL LAW GROUP, P.C.**
Mike Bothwell (*Pro Hac Vice*)
mike@whistleblowerlaw.com
304 Macy Drive
Roswell, GA 30076
Telephone: (770) 643-1606
Facsimile: (770) 643-1442

Attorneys for Relator Randy Jacobs

## CONSENT JUDGMENT

The parties to this Consent Judgment are Relator Randy Jacobs, M.D. ("Relator"); the Bothwell Law Group ("Relator's Counsel"); the United States; the State of California; Advanced Dermatology & Skin Cancer Specialists, P.C. ("AD"); Dr. Andrea Avery, in her capacity as Administrator of the Estate of Dr. Jesse D. Mitchell; SoCal Health Management Services, Inc. (CA); SoCal Health Management Services, Inc. (NV); and Christopher Clem and shall be referred to collectively as the "Parties." The Parties do not include former defendant Desert Dermatology & Skin Cancer Specialists, Inc. AD, Dr. Andrea Avery, in her capacity as Administrator of the Estate of Dr. Jesse D. Mitchell, SoCal Health Management Services, Inc. (CA), SoCal Health Management Services, Inc. (NV), and Christopher Clem shall be referred to collectively as "Defendants." The Parties hereby consent to the filing of this Consent Judgement and stipulate and agree as follows:

1.    On July 9, 2020, Relator filed a civil action in the United States District Court for the Central District of California that was originally captioned United States of America ex rel. Randy Jacobs v. Advanced Dermatology & Skin Cancer Specialists, P.C., et al., No. ED-cv-210-01373-JGB-SHKx (the "Civil Action"). The Civil Action asserts qui tam claims on behalf of the United States and the State of California under the federal False Claims Act ("FCA"), 31 U.S.C. §§ 3729 et seq and the California False Claims Act ("CFCA"), Cal. Govt Code §§ 12651 et seq., that relate to, among

1

*MODIFIED CONSENT JUDGEMENT*

other things, the Defendants allegedly entering into kickback arrangements with pathologists to falsely bill Mohs codes for non-Mohs surgeries and improperly billing for Mohs surgeries.

2.    This Court has subject matter jurisdiction over this matter under 31 U.S.C. § 3732(a), 31 U.S.C. § 3732(b), 28 U.S.C. § 1345, and 28 U.S.C. § 1331, the Federal Debt Collection Procedure Act, 28 U.S.C. § 3001 *et seq*., and 28 U.S.C. § 1355.

3.    The Court has personal jurisdiction over the Parties in connection with this matter and enforcement of the Settlement Agreement. The Parties waive all objections as to this Court exercising personal jurisdiction over them in connection with this Action or enforcement of the Settlement Agreement, including objections as to the form and manner of service of the Consent Judgment, except as provided in the underlying Settlement Agreement between the Parties, a true and correct copy of which is attached hereto as Exhibit A.

4.    On or around May 26, 2025, the Parties agreed to settle certain claims asserted in the Civil Action, pursuant to the terms set forth in the Parties' Settlement Agreement. (*See*, Ex. A). In the Settlement Agreement, the parties also agreed that the total amount paid to settle the claims would be $5,500,000.00 (the "Settlement Amount") plus simple interest on unaccrued amounts of 5.5%.

5.    In the Settlement Agreement, Defendants agreed to the entry of this

2

*MODIFIED CONSENT JUDGEMENT*

Judgment against them, jointly and severally, in the amount of Seven Million and Two Hundred Thousand Dollars ($7,200,000), should Defendants fail to pay the entire Settlement Amount within the agreed upon terms of the Settlement Agreement, including a 10-day cure period (or up to 21 days where the default is no fault of the Defendants and is out of Defendants' control). (*See*, Ex. A).

6.     Therefore, Defendants acknowledge that, should they fail to pay the entire Settlement Amount within the agreed upon terms of the Settlement Agreement, including the cure period, they will have a liability and debt owed to the United States in the amount of Nine Hundred Thousand Dollars ($900,000), to the State of California in the amount of Three Hundred Thousand Dollars ($300,000), and to the Bothwell Law Group in the amount of Six Million Dollars ($6,000,000) for a total of Seven Million and Two Hundred Thousand Dollars ($7,200,000), plus post-judgment interest at the judgment rate, plus costs of collecting the judgment, less any portions of the Settlement Amount that have already been paid under the Settlement Agreement.

7.     This Consent Judgment may not be avoided pursuant to 11 U.S.C. § 547.

8.     All terms of the Settlement Agreement are to remain in effect, notwithstanding entry of this Judgment.

9.     The United States, the State of California, and Relator's Counsel have the right to take all actions permitted by law to collect the judgment debt, including actions provided in the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001 *et seq.,* in

3
*MODIFIED CONSENT JUDGEMENT*

the event of an Uncured Default as defined by the Settlement Agreement. (*See*, Ex. A).

10.   The Court shall retain jurisdiction over this case for purposes of enforcing the Settlement Agreement and this Consent Judgment and Order.

The foregoing Consent Judgement is hereby **APPROVED** and **ORDERED TO BE ENTERED AS A JUDGMENT OF THIS COURT** this 15th_____ day of January 2026.

Hon. Jesus G. Bernal
District Judge

*MODIFIED CONSENT JUDGEMENT*

Consented to:

## ON BEHALF OF THE RELATOR

## AND ON BEHALF OF THE BOTHWELL LAW GROUP, P.C.

Dated: December 15, 2025          /s/ Mike Bothwell
                                  Mike Bothwell
                                  *Bothwell Law Group, P.C.*
                                  Counsel for Relator Randy Jacobs, M.D.

## ON BEHALF OT THE DEFENDANTS

Dated: December 15, 2025           /s/ James S. Azadian
                                  James Azadian
                                  *Dykema Gossett, PLLC*
                                  Counsel for Defendant Advanced
                                  Dermatology & Skin Cancer Specialists
                                  PC

Dated: December 15, 2025          /s/ Mark Kearney
                                  Mark Kearney
                                  *MK Smith, APC*
                                  Counsel for Defendants Christopher Clem,
                                  SoCal Health Management Services, Inc. (CA)
                                  And SoCal Health Management Services, Inc.
                                  (NV).

Dated: December 15, 2025          /s/ Thomas Aikin
                                  Thomas Aikin
                                  *Saul Ewing, LLP*
                                  Attorney for Dr. Andrea Avery, in her capacity
                                  as Administrator of the Estate of Jesse D.
                                  Mitchell

*MODIFIED CONSENT JUDGEMENT*